UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **INDUSTRIAL DIESEL SERVICE, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-4258** |
| **M/V QB, et al** | **SECTION: "S"(1)** |

### O R D E R

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have not filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of Industrial Diesel Service, LLC to fix attorneys' fees and costs (Rec. doc. 94) is GRANTED in PART and DENIED in PART and it is awarded attorneys' fees of $65,438.00 and costs of $8,809.29 for a total of $74,247.29.

New Orleans, Louisiana, this 10th day of March, 2011.

UNITED STATES DISTRICT JUDGE